UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW LAYNE WELLINGTON, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY A. UTTECHT, et al., <br><br> Respondents. | CASE NO. C20-6238JLR <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter come before the court on the Report and Recommendation of United States Magistrate Judge J. Richard Creatura. (R&R (Dkt. # 12).) Having carefully reviewed the foregoing, all other relevant document, and the applicable law, the court ADOPTS the Report and Recommendation (Dkt. # 12) and DISMISSES Mr. Wellington's federal habeas petition with prejudice.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must

ORDER - 1

determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* The court reviews de novo those portions of the report and recommendation to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). When no objections are filed, the court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).

Here, no party has objected to Magistrate Judge Creatura's Report and Recommendation. (*See* Dkt.) Thus, the court need not review de novo the Report and Recommendation. *See Wang*, 416 F.3d at 1000. Moreover, the court has examined the record before it, including the Report and Recommendation, and finds Magistrate Judge Creatura's reasoning persuasive in light of that record. Accordingly, the court ADOPTS the Report and Recommendation (Dkt. # 12) in its entirety, DISMISSES Mr. Wellington's federal habeas petition with prejudice, and DENIES the issuance of a certificate of appealability. The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Creatura.

Dated this 29th day of June, 2021.

JAMES L. ROBART
United States District Judge